Argued and submitted June 7, affirmed July 7, 1993

SCHROCK FARMS, INC.,
an Oregon corporation,
Vernon Schrock and Dean Schrock,
*Respondents,*

*v.*

LINN COUNTY,
*Respondent,*

*and*

OREGON DEPARTMENT OF
TRANSPORTATION,
*Petitioner.*

(90-061; CA A79572)

855 P2d 648

John T. Bagg, Assistant Attorney General, Salem, argued the cause for petitioner. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Edward F. Schultz, Albany, argued the cause and filed the brief for respondents Schrock Farms, Inc., Vernon Schrock and Dean Schrock.

No appearance for respondent Linn County.

Before Deits, Presiding Judge, and Riggs and Leeson, Judges.

PER CURIAM

**PER CURIAM**

Petitioner Oregon Department of Transportation (ODOT) seeks review of LUBA's decision following our remand in *Schrock Farms, Inc. v. Linn County*, 117 Or App 390, 844 P2d 253 (1992). LUBA reversed Linn County's approval of ODOT's application to realign a portion of a highway located in an exclusive farm use zone. LUBA held, *inter alia*, that the proposed realignment is contrary to ORS 215.283 and that the county's Goal 3 exception, unaccompanied by a zone change, did not obviate the need to comply with the statute. We agree with that conclusion.

Affirmed.